UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:19-cv-09552-ODW-(ASx) | Date | November 25, 2019 |
|---|---|---|---|
| Title | *Cecilia LLC et al. v. Armin Azod et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

On November 6, 2019, Plaintiffs filed an application for leave to file documents under seal (ECF No. 6). Per Local Rule 79-5.2.2, "A declaration (1) establishing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, *with citations to the applicable legal standard*, and (2) informing the Court whether anyone opposes the Application." As parties have failed to indicate why their exhibits must be filed under seal, the Court **DENIES** the application

                                                                                            :     00

Initials of Preparer    SE