1  **STEFFIN AZOD LLP**
2  William C. Steffin
   william.steffin@usaiplaw.com
3  Armin Azod
4  armin.azod@usaiplaw.com
   Amanda Fleming
5  amanda@usaiplaw.com
6  Aaron Perez-Daple (*pro hac vice* to be filed)
   aaron@usaiplaw.com
7  Alfredo Perez de Alejo (*pro hac vice* to be filed)
8  alfredo@usaiplaw.com
   1801 Century Park East, Floor 24
9  Los Angeles, CA 90067
10 (213) 507-9796

11 *Attorneys for Respondents Armin Azod, et al.,*

12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                    WESTERN DIVISION
16

| | |
|---|---|
| 17  CECILIA, LLC, *et al.*, | CASE NO.: 2:19-cv-09552 |
| 18                          Petitioners, | |
| 19  v. | Hon. Otis D. Wright II |
| 20  ARMIN AZOD, *et al.*, | **NOTICE OF MOTION AND MOTION TO STAY OR DISMISS** |
| 21                          Respondents. | |
| 22 | Date:      March 2, 2020 |
| 23 | Time:      1:30 p.m. |
|    | Judge:     Hon. Otis D. Wright II |
| 24 | Courtroom: 5D, 5th Floor |
| 25 | |
| 26 | Filed concurrently with: Memorandum of Points and Authorities; Exhibits 1-7; and [Proposed] Order. |
| 27 | |
| 28 | |

PLEASE TAKE NOTICE that Respondents Armin Azod, Dr. Shantanu Sharma, Dr. Dong Zhang, Peter John and Dr. Ramez Elgammal ("Azod Parties") hereby move this Court for an Order granting their Motion to Stay Or Dismiss on March 2, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard, of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012.  This Motion is brought under 9 U.S.C. § 3 and Federal Rules of Civil Procedure 12(b)(1).

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 13, 2019.

In support of this motion Respondents rely upon this Notice of Motion and Motion; Memorandum of Points and Authorities; Respondents' exhibits, and any other evidence presented and submitted at oral argument.

Dated: January 17, 2020					Respectfully Submitted,


					*/s/ Armin Azod*

					Armin Azod

					STEFFIN AZOD LLP
					Aaron Perez-Daple (*pro hac vice* to be filed)
					Alfredo Perez de Alejo (*pro hac vice* to be filed)
					William C. Steffin
					Amanda Fleming
					Armin Azod

					1801 Century Park East, Floor 24
					Los Angeles, CA 90067
					(213) 507-9796

					*Attorneys for Respondents Armin Azod, et al.*